**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-1257-REB-OES

PINNACOL ASSURANCE, a political subdivision of the State of Colorado,

    Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation, and
MOCK'S FORD SALES, INC., an Oregon corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The parties have filed a **Stipulated Motion for Dismissal of Claims Pursuant to Fed.R.Civ.P. 41(a)(1)(ii)** on June 21, 2005. After careful review of the motion and the file, the court has concluded that the motion should be granted and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Dismissal of Claims Pursuant to Fed.R.Civ.P. 41(a)(1)(ii)**, filed on June 21, 2005, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs.

Dated this 22nd day of June, 2005, at Denver, Colorado.

                                  BY THE COURT:

                                  s/Robert E. Blackburn
                                  Robert E. Blackburn
                                  United States District Judge